UNITED STATES of America,
Plaintiff-Appellee,

v.

William RANDOLPH, Jr., aka Clarence
Randolph, aka Bobby Moore,
Defendant-Appellant.

No. 71–2873.

United States Court of Appeals,
Ninth Circuit.

April 10, 1972.

Rehearing Denied May 26, 1972.

Paul H. Lamboley, Reno, Nev., for defendant-appellant.

Joseph L. Ward, U. S. Atty., Raymond B. Little, Lawrence J. Semenza, Asst. U. S. Attys., Las Vegas, Nev., for plaintiff-appellee.

Before CHAMBERS, WRIGHT and GOODWIN, Circuit Judges.

PER CURIAM:

The judgment of conviction in this passing counterfeit currency case is affirmed.

We reject the challenge to the sufficiency of the evidence. There are many scraps of evidence, each of which alone means little, put together they could mean a lot to a jury.

On the facts here, disbelief of Randolph's testimony could lead to some affirmative inferences of knowledge.